IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FREDERICK D. TODD,**

    **Plaintiff,**

                                        Case No. 2:13-cv-222
   v.                               JUDGE GREGORY L. FROST
                                        Magistrate Judge Norah McCann King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

      Plaintiff, Frederick D. Todd, brings this action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits. This matter is before the Court for consideration of the Magistrate Judge's November 12, 2013 Report and Recommendation. (ECF No. 15.) The Magistrate Judge recommended that the Court reverse the Commissioner's decision pursuant to Sentence 4 of § 405(g) and remand the action for further consideration of the opinions of Dr. Jerold H. Altman.

      The Report and Recommendation specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*." (ECF No. 15, at Page ID # 468.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation (ECF No. 15), **REVERSES** the Commissioner's decision, and **REMANDS** the action for further consideration of the opinions of Dr. Altman. The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED.**

    /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE